**American Federation of State, County & Municipal Employees, AFL-CIO**
125 BARCLAY STREET • NEW YORK, NY 10007-2179

**District Council 37 AFSCME AFL-CIO**

**LEGAL DEPARTMENT**
Telephone: 212-815-1450
Fax: 212-815-1440

ROBIN ROACH
*General Counsel*

STEVEN E. SYKES
*Senior Assistant General Counsel*

*Assistant General Counsel*
Alan M. Brown
Thomas Cooke
Jesse Gribben
Dena Klein
Erica Gray-Nelson
Meaghean Murphy
Ximena Castro
Aaron S. Amaral
Deena S. Mikhail

VIA ECF

September 9, 2014

Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street, Room 2101
New York, NY 10007

Re: <u>Richard Massie v. Metropolitan Museum, et. al,. 11 CV 9549</u> (JPO)

Dear Judge Oetken:

We represent Defendants Local 1503, District Council 37, AFSCME, AFL-CIO ("Union") in the above-captioned case. In your July 8, 2014 Opinion and Order, you granted the Union's motion, and ruled that Mr. Massie's claim against DC 37 must be dismissed because it was untimely. You further granted Plaintiff leave to file an amended complaint, but only for the purposes of alleged violations of §§1981 and 1983 committed by the Met.

Plaintiff's Fourth Amended Complaint, filed on September 4, 2014, raises new allegations concerning Local 1503 and District Council 37. Your Opinion and Order limited the causes of action that Plaintiff could amend, which did not include the duty of fair representation claim against the Union. We seek clarification from you as to how to respond to the Fourth Amended Complaint, or if any response is necessary.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

Meaghean Murphy (MM 1438)
Assistant General Counsel

