## GORDON & SILBER, P.C.
### ATTORNEYS AT LAW

MEMBERS OF THE FIRM

DAWN A. ADELSON
ARTHUR G. COHEN
WAYNE E. COUSIN*
DAVID M. DINCE
EDWARD M. DONDES
SANFORD GOLD
CHRISTINA KAOURIS
ANDREW B. KAUFMAN
JON D. LICHTENSTEIN
STEVEN H. MUTZ
LAURA E. RODGERS
MICHAEL P. RYAN
ANDREW T. SHEELEY
JOHN F. TOTO
LAWRENCE S. WASSERMAN*

*ALSO ADMITTED IN NJ

355 LEXINGTON AVENUE
NEW YORK, NY 10017-6603
TEL.: 212/834-0600
FAX: 212/490-0035

WESTCHESTER OFFICE
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606-1920
TEL.:914/682-2097

ELDAR MAYOUHAS
EMAYOUHAS@GORDON-SILBER.COM
212/834-0742

September 11, 2014

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

Re:  Massie v. Metropolitan Museum of Art,
Lenox Hill Hospital, et al
Index No.: 11-cv-9549 (JPO)(KNF)
Our File No.: 1237-019084

Your Honor:

We represent Lenox Hill Hospital in the above referenced matter and write seeking clarification regarding our status in the matter.

Per the Court's July 8, 2014 order, the claims against Lenox Hill were dismissed under the doctrine of *res judicata* because the New York Supreme Court already entered a final judgment on the matter. In the same order, plaintiff was "granted leave to file an amended complaint for the purposes of alleging, if he can, that his supervisor at the Met was acting under color of state law when he allegedly made racially derogatory claims about Plaintiff." Plaintiff was not granted leave to file an amended complaint against Lenox Hill.

Nonetheless, on September 4, 2014, *pro se* plaintiff filed his fourth amended complaint naming, among others, Lenox Hill. Accordingly, we seek the Court's guidance regarding our status in this matter and whether any action is needed by us at this point.

Respectfully submitted,

GORDON & SILBER, P.C.

*[signature]*

Eldar Mayouhas

{G0183883}